**Electronically Filed
Supreme Court
SCWC-18-0000084
05-DEC-2019
08:26 AM**

SCWC-18-0000084

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

JAMES LIBERO,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000084; S.P.P. NO. 17-1-0017(2); CR. NO. 98-0697)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant James Libero's

application for writ of certiorari filed on October 25, 2019, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, December 5, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

